E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern  District of Pennsylvania

Michael D. Tillman

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

(MEDICAL Records) Elizabeth Sheernecte

(WARDEN) Sean Mvarler

(MEDICAL Director) Kevin Cassano

(MEDICAL Doctor) Raeph Laughingwell

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)

Case No. _____

(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months.  See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid.  See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  Michael D. Tillman

All other names by which you have been known:  Mike

ID Number  39832-007

Current Institution  FDC Philadelphia

Address  PO Box 562   FDC Philadelphia
Philadelphia      PA     19105
City          State      Zip Code

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name  Sean Marler
Job or Title *(if known)*  Federal prison Detention Center (WARDen)
Shield Number
Employer  FBOP
Address

City          State      Zip Code
[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name  Kevin Cassano
Job or Title *(if known)*  Medical Director (HEAD of Medical)
Shield Number
Employer  FBOP
Address

City          State      Zip Code
[✓] Individual capacity   [✓] Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3

Name                     RAEph Laughingwell
Job or Title (if known)  Medical Doctor
Shield Number
Employer                 FBOP
Address

           City          State          Zip Code
☑ Individual capacity  ☑ Official capacity

Defendant No. 4

Name                     Elizabeth Shernecke
Job or Title (if known)  Medical Records officer
Shield Number
Employer                 FBOP
Address

           City          State          Zip Code
☐ Individual capacity  ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

5th & 8th constitutional Rights

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

N/A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☑    Other *(explain)*    Parole Violator

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

USP Atlanta    8-30-2019

C.      What date and approximate time did the events giving rise to your claim(s) occur?

8-30-2019     12:00 pm

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I broke My hand. It was witnessed by unit officer Kareem Patterson. A pyshical Altercation caused these incidents to Rise, between Myself And another inmate while under the care of the FBOP.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained A broken hand fractureing My 3rd & 4th Metacarpols I recieved a splint and x-rays with orders from doctor to return to Orthopedic Center in 5 days and that order was blatantly ignored leaving Me permanently damaged.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1 Million for future loss wages due to permanent damage
500.000 for Reckless indifference for/of officials intrusted with my safety
500.000 for deliberate indifference of officials
1 Million for Malice, spoilation, duplicity and discrimination
Adequate Post Medical Care

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

_FDC Philadelphia_

2.    What did you claim in your grievance?

_That I was being neglected And repeatedly asked for immediate Medical Attention. I was afraid of My Bones healing incorrectly_

3.    What was the result, if any?  _None_

_WARDEN, Doctor, Head of Medical & Medical Records became duplicitous and used spoilation to undermine My Medical Requests._

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

_I have completed the process to the highest level._

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_____ N/A _____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____ N/A _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ N/A _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    N/A

Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    N/A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

☐ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____ N/A _____

    Defendant(s) _____ N/A _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____ N/A _____

3.  Docket or index number

    _____ N/A _____

4.  Name of Judge assigned to your case

    _____ N/A _____

5.  Approximate date of filing lawsuit

    _____ N/A _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____ N/A _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____ N/A _____

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8-10-2020

Signature of Plaintiff    

Printed Name of Plaintiff    Michael D. Tillman

Prison Identification #    39832-007

Prison Address    PO Box 562  FDC Philadelphia

Philadelphia                  PA          19105
          City                                    State        Zip Code

### B.    For Attorneys

Date of signing:    

Signature of Attorney    

Printed Name of Attorney    

Bar Number    

Name of Law Firm    

Address    

          City                                    State        Zip Code

Telephone Number    

E-mail Address    

Page 11 of 11

<u>Sworn Affidavit</u>
<u>Pursuant to 28 USC 1746</u>

On August 30, 2019 I fractured My Right hand while housed in USP Atlanta. I was given an x-ray at USP Atlanta and was told that My hand was fractured and that I had to go to the Emergency Room. I was treated and given a splint with a script for pain Medication from (Doctor Laura OH) at Grady Memorial Hospital. Discharge order were to Report to Orthopedic Center in (5 days), which would've been September 4, 2019 However on September 4, 2019 I was transported from USP Atlanta to FCI Petersburg where I sat for a week (7 days) and was transported to FDC Philadelphia. Upon My arrival at FDC Philadelphia around September 12, 2019 I Repeatedly Requested Medical attention from FDC Philadelphia Medical department explaining My situation and My need to be seen by an Orthopedic immediately. After My Repeated Request's I was given an x-ray on October 3, 2019 at FDC Philadelphia that proved that my Repeated Request's were indeed true and that My hand was still fractured. So on October 23, 2019 I filed a BP-10 to the Northeast Region and stated that I submitted several BP-8's & BP-9's to unit team and was told that they were never recieved eventhough I followed all proper procedures. I Reported to them that 2 months later My hand was still broken groosely swollen and healing incorrectly. My BP-10 was Rejected 2 weeks later. On October 24, 2019 I was taken to Rothman Orthopedic escorted by two officers (Officer Davis & Officer Bastien) both provided by FDC Philadelphia. I was given 3 x-rays at Rothman Orthopedic on this day (10-24-2019) which was witnessed by officer Davis and officer Bastien. Weeks later I Requested My x-ray Results that took place at (Rothman Orthopedic) from FDC Philadelphia's Medical Records officer (Ms Sheenecke) and was told that no Results have come in for Me yet. So a couple of weeks later I again requested said documents from Ms. Sheenecke and she pulled Me to the side and in her own words stated "Tillman I don't know what is going on, I've never seen anything like this before"… "They (Rothman) are saying that you never came to there Orthopedic center, your visit/appointment was canceled" These allegations were absured at the least because I was accompanied by Officers Davis & Bastien who witnessed the entire x-ray examination completed at Rothman Orthopedic. I'm Requesting Officer Davis, Bastien and Corte to be subpoenaed. On January 23, 2020 I went to My Unit Manager Mr. Oboyle and explained My ongoing issues with Medical at which time we started the grievance process over. By this time My hand had been fractured

for 5 months causing me continued suffering excruciating pain from lack of medical attention. I requested immediate medical attention and expressed my fears of my hand healing incorrectly while only having 50% use of my right hand. I immediately filed a BP-9 to the Warden of FDC Philadelphia on this same day with Mr. O'boyle. In February, 2020 I recieved Warden Sean Marlee's response to my BP-9, which stated that " My previously scheduled (10-24-2019) med trip was canceled do to reasons not related to my case." What Sean Marlee meant by that was completely lost to me. This was obvious deliberate indifference, duplicitous behavior used by the Warden's blatant lack of investigation into my case/claims. This left me dissatisfied so I filed a BP-10 to the North East Region on March 5, 2020 asserting my rights for proper and adequate medical attention and bringing to their awareness of the deliberate and reckless indifference malice and discrimination, also asking for assistance from the region. It was clear that I have been decieved by FDC Philadelphia's medical department and administrators Ms. Sheenecke, Mr. Cassano, Dr. Laughingwell and Warden Sean Marlee all of whom failed to properly investigate my case causing me permanent damage and continued suffering. Also I informed the region that I was escorted to Rothman Ortho. for a supposed follow up on February 26, 2020. I asked the doctor's assistant for copies of my October 24, 2019 x-ray results at which time she printed them out and gave them (my 10-24-2019 x-ray results) to escorting officer Corte. These copies clearly proved that FDC Philadelphia did not properly investigate my case violating my 5th and 8th amendment causing me permanent damage. These (10-24-2019) x-rays proved that my hand was indeed still broken and in need of orthopedic attention. Upon my return to FDC Philadelphia from escorted medtrip I requested (10-24-2019 x-ray res.) from officer Corte who told me that he had to give them to Lieutenant Shabazz along with my medtrip information. On a later date Officer Corte informed me upon my request that Lt. Shabazz instructed him to turn over medical x-rays to FDC Philadelphia medical at which time Officer Corte gave said documents to Nurse Ms. Harris who when spoken to by me stated "She gave the x-rays to Dr. Laughingwell." When I located Dr. Laughingwell and asked him about my x-rays

that Nurse Harris gave him, he told me he "tried to scan them but they were too dark". When I asked for original copies that were given to Officer Corte specifically for my keep, Doctor Laughingwell told me he did not have them and had no idea what happened to them. So I asked who he gave them to so I could follow the trail he told me he never had them which was Ludicrous because he just said he tried to scan them. Immediately after Dr Laughingwell advised me to get my family to get a Lawyer. Dr Laughingwell's duplicitous behaviour cause Dr Ms Hudson (who witnessed the dialouge Between myself & Dr Laughingwell) to intervene saying in her words "Don't worry I will get your documents for you herself" I explained to her that those documents proved that I have been decieved by FDC Philadelphia using spoilation and duplicity to purposefully mislead me, So I Filed a BP-11 to the Central office in April, 2020 and was denied for delayed access when I followed the filing procedure properly. I never recieved adquate medical attention causing me permanent damage and allowing my injuries to woesen over a 10 month period to the degree I have lost the ability to firmly grip or grasp items. I have endured tremendous pain and suffering due to the FBOP's blatant deliberate indifference, spoilation, malice and discrimination causing me permanent damage to my primary hand

Michael D. Tillman

8-10-2020

M. Tillman 39832-007
P.O Box 562
FDC Philadelphia
Philadelphia, PA 19105

U.S.M.S
X-RAY

601 MARKET ST.

Eastern District of Pennsylv
Office of
Clerk, United States District Cou
Philadelphia, PA 19106-9865

L