E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Michael D. Tillman
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Raeph Laughingwell
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  20-CV-4101
_____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

Page 1 of 11

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                     Michael D Tillman

All other names by which
you have been known:
ID Number                                39832-007
Current Institution                      FDC Philadelphia
Address                                  Po Box 562
                                         Philadelphia              PA          19105
                                         _City_                    _State_     _Zip Code_

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name                                 Raegh Laughingwell
    Job or Title *(if known)*            Medical Doctor
    Shield Number
    Employer
    Address
                                         _City_          _State_          _Zip Code_
    ☑ Individual capacity   ☐ Official capacity

Defendant No. 2
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address
                                         _City_          _State_          _Zip Code_
    ☐ Individual capacity   ☐ Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

| City | State | Zip Code |

☐ Individual capacity        ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

| City | State | Zip Code |

☐ Individual capacity        ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

_5th and 8th constitutional Rights_

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

_N/A_

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)*    _Parole Violater_

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_N/A_

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

_USP Atlanta   8-30-2019_

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

C.    What date and approximate time did the events giving rise to your claim(s) occur?

8-30-2019    12:00 pm

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

My middle and ring Metacarpals were fractured. Medical staff sent me to (ER). Upon discharge proper medical follow up was denied/prevented by My Primary Care Doctor here in FDC Phila which caused me permanent damage.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I Required immediate follow up with orthopedic in (5 days) from 8-30-2019. I never recived any actual medical treatment besides Ibuprofen that my Doctor there (laughing out) prescribe noting he has knowledge of my perdicament and pain but no Remedy.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Proper post Medical care.

500.000 for future loss of wages Due to permanent damage
250.000 Malice
        Discrimination
        Deliberate and Reckless indifference
            Spoilation

Page 5 of 11

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

USP ATLANTA

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

FDL Philadelphia

2.    What did you claim in your grievance?

That I was being neglected and Requested immediate Medical attention. I was afraid of My Bones Healing incorrectly. Also I believes that My Primary Doctor has used spoilation, Malice and Duplicity to deceive Me

3.    What was the result, if any?    None

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I've Appealed to the highest level w/o any help

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

N/A

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____ N/A _____

    Defendant(s) _____ N/A _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

☐ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)  _____  N/A

    Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____   N/A

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition  _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

    _____

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10·15·2020

Signature of Plaintiff

Printed Name of Plaintiff    Michael Tillman

Prison Identification #    39832-007

Prison Address    PO Box 562

Philadelphia    PA    19105
City    State    Zip Code

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address

<u>Sworn Affidavit</u>

<u>Pursuant to 28 USC 1746</u>

<u>Prevented/Delayed care from Primary Doctor Raeph Laughingwell:</u>

1) Laughingwell being my primary care provider, upon my arrival at FDC Phila he viewed all my past Medical history and previous doctors orders, where there is specific follow up orders that were given less than 2 weeks from the time incident happened and he was aware. However he chose to take his own course of action and disregarded last doctors orders delaying/preventing me from proper and timely care.

2) During all of my Chronic Care encounters with Laughingwell I mentioned my hand and the need of a lack of treatment. Everytime he became evasive and stubborn preventing me from effective care

3) I went from 9-12-2019 until FEB 2020 w/o any substantial care while under the care of Laughingwell he delayed me timely care do to careless decisions Regarding adequate care

<u>He used X-Rays and In House procedure to prevent/Delay my care:</u>

4) His viewing of X-rays Done in house and outside was enough for him to order immediate attention. But due to his own inference he prevented/delayed my care by disregarding past X-ray Results and orders which delayed my process of effective timely and adequate care

5) Even a layman could see that I was in need of medical attention. He knowingly viewed my 10-3-2019 in house X-RAY results on the spot and told me that my hand has not healed at all (no progress) which alerted me to the seriousness of the risks & harms that these delays would cost me, further asserting my fears of permanent damage to Laughingwell who ultimately turned a blind eye to my circumstances knowing of the delays and serious need of Medical Attention

6) He became duplicitous when asked about the lapse of time between Doctors orders along with his own and Rothman (10-24-2019) X-RAY-examination results never materialized in FDC Phila Med Records office. Him being my doctor he denied/delayed me proper treatment because due to his-inhouse X-RAY and Rothman (10-24-2019) X-RAY along with previous X-RAYs He could draw inference that medical attention was needed because he seen all X-RAYs that all showed a broken hand and need of Orthopedic attention, allowing me continued suffering and delayed care

7) He intentionally caused me harm while conducting his 10-3-2019 in house X-RAY where he took it upon himself to unwrap my splint that ordering Doctor in ATL put in place until followup. However Laughingwell and X-RAY technician worked in concert to undo the splint*' for the purpos of X-RAY ultimately causing me more damage and delay. Through his negligent choices he caused my hand condition to worsen, whereas if I had the support of my splint this possibly wouldnt have occured. Leaving my hand unsecured until this present day. He knowingly botched delayed/prevented my care and disregarded an excessive risk to my health.

8) Laughingwell delagated the duties of rewrapping my hand to Nurse Nelson who is not an Orthopedic nor has knowledge in study of Bones. However he tried to get her to wrap me in gauze and ace bandage causing me more damage & delayed treatment.

*' Which is a unpracticed procedure for X-RAYing through a splint

9) He delayed/prevented me from proper care because when he got my 10·24·2019 x-ray results from Nurse Harris he said they were too dark to scan however he never mentioned to me that he had said documents and him being my primary provider he never revealed to me what he seen on the (10·24·2019) results which he admits to viewing but couldnt copy. This prevented me from being privy to my own medical issuses delayed/prevented me from possibly seeking help else where based on known issves. Not consulting your patient about his own medical needs in Its own is a delay and denial of my medical. Also with this you can draw inference that he had plausible knowledge of existing harms yet did nothing to prevent it.

<u>Malicious Acts that caused delay & prevention</u> :

10) Him being my doctor and knowing my bones were broken and not immediately getting Orthopedic attention he prevented me and caused me harm in Delaying me from recieving Orthopedic attention in a timely manner. Which could've saved my bones from healing incorrectly

11) By him leaning to his own understanding and disregarded doctors orders he caused a Ripple affect of in house delays offsets that he knew would take precedence and at no time did he point out the fact that I was in need of immediate Ortho attention continung to cause me more delayed medical and ultimately permanent damage.

12) My 10·24-2019 x-ray results from Rothman were subject to spoilation by laughingwell futher delaying/preventing me from needed medical care.

13) During a Chronic Care meeting with Laughingwell I expressed my fears and pain to Laughingwell who told me that its all my fault since I was fighting. I wouldnt be in pain and in need of attention. This showed inference that he was aware of my pain and risks I could suffer and intentionally and maliciously caused me delay

14) He delayed my medical for the mere fact that he allowed my hand to go a half of calendar (6months) w/o any treatment and he knew of the need of immediate attention

15) Ultimately his choices delayed/prevented me from proper care requiring me to have to endure pyshical therapy* inorder to restore full motor skills

16) He was consciously aware of the risks involved in light of any alternative courses of action because he told me that just because my hand was fractured he said that it didnt mean that I had to have a cast that it could heal properly on its own. In doing so he prevented/delayed my care resulting in permanent damage.

* To this date I have only had one session of (PT) another issuse Laughingwell fails to follow up on preventing me from proper care

Michael Tillman