# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL D. TILLMAN,<br>　　Plaintiff, | :<br>:<br>: |
| v. | :　　CIVIL ACTION NO. 20-CV-4101<br>: |
| RAEPH LAUGHINGWELL,<br>　　Defendant. | :<br>: |

## ORDER

**AND NOW**, this 29th day of October, 2021, upon consideration of Defendant Raeph Laughingwell's Motion to Dismiss (Doc. No. 19), and there being no response, it is hereby **ORDERED** that the Motion is **GRANTED** and the Amended Complaint is **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 20) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Mitchell S. Goldberg*
　　　　　　　　　　　　　　　　　　**MITCHELL S. GOLDBERG, J.**